1  MATTHEW S. FOY  (SBN:  187238)
   mfoy@grsm.com
2  JENNIFER N. WAHLGREN  (SBN: 249556)
   jwalgren@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 875-3174
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   AMCO INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JENNIFER MARIE TUCKER,            )   CASE NO. 1:17-cv-01761-DAD-SKO
                                      )
12          Plaintiff,                )   **STIPULATION TO CONTINUE**
                                      )   **DISCOVERY AND EXPERT**
13      vs.                           )   **DISCLOSURE DEADLINES; ORDER**
                                      )
14  AMCO INSURANCE COMPANY, and Does 1 )  **(Doc. 15)**
    through 25, inclusive,            )
15                                    )   State Court Complaint Filed:
            Defendants                )   November 17, 2017
16                                    )
                                          Removal Filed:  January 28, 2017
17

18
        Plaintiff Jennifer Marie Tucker ("Plaintiff") and Defendant AMCO Insurance Company
19
    ("AMCO") (collectively, the "Parties") stipulate as follows:
20
        WHEREAS, the Scheduling Order filed in this case (ECF No. 11) sets forth the following
21
    deadlines:
22
            Discovery Deadlines:
23
                Non-Expert:          12/4/18
24
                Expert:              1/18/19
25
            Expert Disclosure Deadlines:
26
                Filing:              12/18/18
27
                Supplemental/Rebuttal:   1/2/19
28

                                        -1-
    STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES;
                                      ORDER

1    WHEREAS, the Parties agree that the foregoing discovery and expert disclosure deadlines

2  should be continued by two months to allow additional time for the Parties to complete discovery

3  while also permitting more time for the Parties to discuss possible resolution of the claims at issue

4  in this litigation.

5    WHEREAS, the Parties are not requesting any continuance of any of the other deadlines

6  or trial date in connection with this litigation.

7    THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

8    The Scheduling Order should be amended to set forth the following new deadlines for

9  discovery and expert disclosures, which extend those deadlines by two months:

10        Discovery Deadlines:

11            Non-Expert:                2/4/19

12            Expert:                    3/18/19

13        Expert Disclosure Deadlines:

14            Filing:                    2/20/19

15            Supplemental/Rebuttal:     3/4/19

16    SO STIPULATED.

17

18  Dated:  October 23, 2018              WILKINS, DROLSHAGEN & CZESHINSKI LLP

19

20                                        By */s/ James H. Wilkins* (as authorized on 10/23/18)
                                             James H. Wilkins
21                                        Attorneys for Plaintiff
                                          JENNIFER MARIE TUCKER
22

23
    Dated:  October 23, 2018              GORDON REES SCULLY MANSUKHANI, LLP
24

25
                                          By  */s/ Jennifer N. Wahlgren*
26                                            Matthew S. Foy
                                              Jennifer N. Wahlgren
27                                        Attorneys for Defendant
                                          AMCO INSURANCE COMPANY
28

-2-

STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES;
ORDER

**Gordon Rees Scully Mansukhani, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1

**ORDER**

2

3

Based in part on the parties' above-stipulation (Doc. 15), and with good cause shown, the

4

Court hereby ORDERS that the Scheduling Order (Doc. 11) is modified as follows:[1]

5

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | December 4, 2018 | February 4, 2019 |
| Expert Disclosures | December 18, 2018 | February 20, 2019 |
| Rebuttal Expert Disclosures | January 2, 2019 | March 4, 2019 |
| Expert Discovery Completion | January 18, 2019 | March 18, 2019 |
| Non-Dispositive Motion Filing | January 18, 2019 | March 20, 2019 |
| Non-Dispositive Motion Hearing | None set | April 17, 2019 |
| Dispositive Motion Filing | February 1, 2019 | April 2, 2019 |
| Dispositive Motion Hearing | March 19, 2019 | May 21, 2019 |
| Settlement Conference | None set | June 13, 2019, 1:00 pm in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean[2] |
| Pretrial Conference | June 4, 2019, 1:30 pm | July 29, 2019, at 1:30 pm |
| Trial | August 20, 2019, 1:00 p.m. | September 24, 2019, at 8:30 a.m. |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

IT IS SO ORDERED.

20

Dated: __**October 26, 2018**__                                    /s/ *Sheila K. Oberto*

21

                                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

28

[2] Settlement conferences are required in all cases in which District Judge Drozd is the presiding judge.

STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES;
ORDER