1  MATTHEW S. FOY  (SBN: 187238)
   mfoy@grsm.com
2  JENNIFER N. WAHLGREN  (SBN: 249556)
   jwalgren@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 875-3174
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARIE TUCKER,<br><br>            Plaintiff,<br><br>      vs.<br><br>AMCO INSURANCE COMPANY, and Does 1 through 25, inclusive,<br><br>            Defendants | CASE NO. 1:17-cv-01761-DAD-SKO<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY AND DISCLOSURE DEADLINES; ORDER**<br><br>(Doc. 24) |

Plaintiff Jennifer Marie Tucker ("Plaintiff") and Defendant AMCO Insurance Company ("AMCO") (collectively, the "Parties") stipulate as follows:

WHEREAS, the current Scheduling Order in this case (ECF No. 16) sets forth the following deadlines relating to Expert Disclosures and Expert Discovery:

      Expert Disclosures:                    February 20, 2019

      Rebuttal Expert Disclosures:         March 4, 2019

      Expert Discovery Completion:       March 18, 2019

WHEREAS, the Parties agree that the foregoing deadlines should be continued by approximately one month to allow additional time for the Parties to complete pending discovery while also permitting more time for the Parties to discuss possible resolution of the claims at issue in this litigation.

-1-
STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREAS, the Parties are not requesting any continuance of any of the other deadlines or trial date in connection with this litigation. The Parties request that all other dates and deadlines as set forth in in the current Scheduling Order (ECF No. 16) remain the same.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The current Scheduling Order (ECF No. 16) should be amended to set forth the following new deadlines relating to Expert Disclosures and Expert Discovery:

    Expert Disclosures:    March 20, 2019

    Rebuttal Expert Disclosures:    April 4, 2019

    Expert Discovery Completion:    April 18, 2019

SO STIPULATED.

Dated: February 11, 2019    WILKINS, DROLSHAGEN & CZESHINSKI LLP

By */s/ James H. Wilkins* (as authorized on 2/11/19)
    James H. Wilkins
Attorneys for Plaintiff
JENNIFER MARIE TUCKER

Dated: February 11, 2019    GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Matthew S. Foy*
    Matthew S. Foy
    Jennifer N. Wahlgren
Attorneys for Defendant
AMCO INSURANCE COMPANY

///
///
///
///
///
///

# ORDER

Based in part on the parties' second stipulation (Doc. 24), and with good cause shown, the Court hereby ORDERS that case schedule (Doc. 16) is modified as follows:[1]

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Expert Disclosures | February 20, 2019 | March 20, 2019 |
| Rebuttal Expert Disclosures | March 4, 2019 | April 4, 2019 |
| Expert Discovery Completion | March 18, 2019 | April 18, 2019 |
| Non-Dispositive Motion Filing | March 20, 2019 | April 24, 2019 |
| Non-Dispositive Motion Hearing | April 17, 2019 | May 22, 2019 |
| Dispositive Motion Filing | April 2, 2019 | April 24, 2019 |
| Dispositive Motion Hearing | May 21, 2019 | June 4, 2019 |
| Pretrial Conference | July 29, 2019, at 1:30 pm | August 12, 2019, at 1:30 pm |
| Trial | September 24, 2019, at 8:30 a.m. | October 8, 2019, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **February 13, 2019**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties request that all dates and deadlines, other than those pertaining to experts, remain the same. Granting this request, however, would be problematic: if so, the parties' deadline to conduct expert discovery would occur *after* the deadlines for filing non-dispositive and non-dispositive motions. Accordingly, the Court has enlarged these deadlines, as well as the pretrial conference and trial, to allow the parties adequate time to file, and for the Court to rule on, motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER