1  James H. Wilkins #116364
   WILKINS DROLSHAGEN & CZESHINSKI LLP
2  6785 North Willow Avenue
   Fresno, California 93710
3  Tel: (559) 438-2390
   Fax: (559) 438-2393
4  j.wilkins@wdcllp.com

5  Attorneys for Plaintiff, JENNIFER MARIE TUCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARIE TUCKER,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:17-CV-01761-DAD-SKO<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES; ORDER**<br><br>**(Doc. 26)** |

Pursuant to stipulation of the parties and the parties' February 25, 2019 conference call with Magistrate Judge Sheila K. Oberto, the parties agree to continue dates as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Expert Disclosures | March 20, 2019 | July 24 2019 |
| Rebuttal Expert Disclosures | April 4, 2019 | August 7, 2019 |
| Expert Discovery Completion | April 18, 2019 | August 28 2019 |
| Non-Dispositive Motion Filing | April 24, 2019 | June 26, 2019 |
| Non-Dispositive Motion Hearing | May 22, 2019 | July 25, 2019 |
| Dispositive Motion Filing | April 24, 2019 | July 9, 2019 |
| Dispositive Motion Hearing | May 21, 2019 | August 6, 2019 |

| Pretrial Conference | August 12, 2019 at 1:30 p.m. | December 13, 2019 at 1:30 p.m. |
|---|---|---|
| Trial | October 3, 2019 at 8:30 a.m. | February 11, 2020 at 8:30 a.m . |

The parties are not requesting any continuance of any of the deadlines that have already passed.

Therefore, it is hereby stipulated and agreed:

The current Scheduling Order should be amended to set forth the above new deadlines relating to the new trial date:

SO STIPULATED.


Dated: March 4, 2019          WILKINS DROLSHAGEN & CZESHINSKI LLP


By: */s/ James H. Wilkins*
James H. Wilkins
Attorneys for Plaintiff, JENNIFER MARIE TUCKER


Dated: March 4, 2019          GORDON REES SCULLY MANSUKHAN I, LLP


By: */s/ Matthew S. Foy*
Matthew S. Foy
Jennifer N. Wahlgren
Attorneys for Defendant, AMCO INSURANCE COMPANY

## ORDER

Pursuant to the parties' above Stipulation (Doc. 26) and the parties' February 25, 2019 conference call with the Court, and with good cause shown, the Court hereby ORDERS that the case schedule, as amended on February 14, 2019 (Doc. 25), is modified as follows:[1]

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Expert Disclosures | March 20, 2019 | July 24, 2019 |
| Rebuttal Expert Disclosures | April 4, 2019 | August 7, 2019 |
| Expert Discovery Completion | April 18, 2019 | August 28, 2019 |
| Non-Dispositive Motion Filing | April 24, 2019 | June 26, 2019 |
| Non-Dispositive Motion Hearing | May 22, 2019 | July 25, 2019 |
| Dispositive Motion Filing | April 24, 2019 | July 9, 2019 |
| Dispositive Motion Hearing | June 4, 2019 | August 6, 2019 |
| Pretrial Conference | August 12, 2019 at 1:30 p.m. | December 16, 2019 at 1:30 p.m.[2] |
| Trial | October 8, 2019 at 8:30 a.m. | February 11, 2020 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **March 8, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties' proposed dispositive motion filing and hearing dates are before the expert discovery cut-off. The Court has previously cautioned the parties of the risk in setting a dispositive motion filing deadline before the end of discovery (*see* Doc. 25 at 3 n.1), and suggested that the parties continue all remaining dates by ninety days during the telephonic conference on February 25, 2019. Accordingly, the Court presumes that the parties intended to set the dispositive motion deadlines set forth above and grants the parties' request to amend the schedule—without modifying their proposed dispositive motion dates.

[2] The pretrial conference has been adjusted to comport with the customary dates and times for Judge Drozd's pretrial and jury trial calendar.