1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JENNIFER MARIE TUCKER,                    No.  1:17-cv-01761-DAD-SKO

12            Plaintiff,

13        v.                                   ORDER DIRECTING THE CLERK OF
                                               COURT TO CLOSE THE CASE
14   AMCO INSURANCE COMPANY, and
     Does 1 through 25, inclusive,             (Doc. 49)
15

16            Defendants.

17

18        On March 16, 2020, the parties filed a joint stipulation dismissing the action with

19   prejudice.  (Doc. 49.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

20   R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

21   been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

22

23   IT IS SO ORDERED.

24   Dated:  __**March 16, 2020**__              _____/s/ Sheila K. Oberto____

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28